# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132258(61)

SPRINGING ACRES, INC.,
      Plaintiff-Appellee,

v

                             SC: 132258
                             COA: 259779

MICHIGANA HOLSTEINS, INC., PETER
LINSSEN, and MORRIS-ANDERSON &
ASSOCIATES, LTD.,
                             Kalamazoo CC: 02-000451-CK
      Defendants,

and

VDS-FARMS, LLC,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's December 29, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

d0319